UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN W. COSTELLO, not
individually, but as Litigation Trustee
under the Comdisco Litigation Trust,

    Plaintiff,

v.                          CASE NO. 6:08-MC-00133-JA-KRS

KEITH M. OLENEK,

    Defendant.
_____/

### SATISFACTION OF JUDGMENT

Plaintiff, JOHN W. COSTELLO, not individually, but as Litigation Trustee under the Comdisco Litigation Trust ("Costello"), the owner and holder of a final judgment against Defendant, KEITH M. OLENEK, acknowledges that the judgment is fully paid, satisfied and released.

DATED on October 15, 2009.

                                                RICHARD L. RICHARDS, Attorney for Plaintiff

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 15TH day of October 2009 by RICHARD L. RICHARDS who is personally known to me or who has produced _____ as identification.

                                                (Notary Public)
                                                SEAL



YOLANDA GARCIA-MONTES
MY COMMISSION # DD 586233
EXPIRES: December 17, 2010
Bonded Thru Notary Public Underwriters